United States Bankruptcy Court
Eastern District of Michigan
Southern Division - Detroit

**In re:**
**Robert and Mary Melvin,**  Case No. 10-40783-wsd
                             Chapter: 13
                             Judge:   SHAPERO
    **Debtors.**
_____/

Debtors' Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to:

1. _X_ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. __ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

3. ___ Request an adjournment of the confirmation hearing to at least         , due to the following good cause:

4. ___ Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.Bankr.R.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket.]

5. ___ Convert the case to chapter 7. [The Court will construe this as a notice by the debtor to convert to chapter 7 under Fed.Bankr.R.P. 1017(f)(3), and the Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ___ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

/s/ Lydia D. Ammori
Frego & Brodsky, P.L.C.
Lydia D. Ammori (P71229)
23843 Joy Rd.
Dearborn Heights, MI 48127
(313) 565-4252
Jpfrego1@yahoo.com