UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　　　　　CHAPTER 13
Robert & Mary Melvin, Debtor(s)　　　　　　　CASE NO: 10-40783
　　　　　　　　　　　　　　　　　　　　　　　JUDGE: ☐ TUCKER　☒ SHAPERO

## STIPULATION ADJOURNING HEARING

This matter currently scheduled for hearing on 3/29/10, regarding
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):

- ☐ the First Meeting of Creditors.
- ☐ a Motion to Dismiss case.
- ☒ Confirmation of Plan.
- ☐ a Motion to lift stay as to Creditor _____.
- ☐ Other: _____.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS STIPULATED AND AGREED that:**
(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)

- ☒ The above referenced matter is adjourned to 4/19/10 @ 9am.
- ☐ Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before _____.
- ☐ Debtor(s) shall file and serve amended _____ on or before _____.
- ☐ Debtor(s) shall attend the adjourned First Meeting of Creditors.
- ☐ Other: _____.

**IT IS FURTHER STIPULATED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

**IT IS FURTHER STIPULATED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER STIPULATED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

Approved per Local Rules (E.D.M.)　　　　　　Approved as to Form and Content:
/s/ TAMMY L. TERRY　　　　　　　　　　　　/s/ Lydia D. A_____
/s/ TAMMY L. TERRY (P46259)　　　　　　　　Lydia D. Ammori (P71229)
Chapter 13 Standing Trustee　　　　　　　　　Attorney for Debtor(s)
535 Griswold, Suite 2100　　　　　　　　　　Trepp + Budsky
Detroit, MI 48226　　　　　　　　　　　　　23843 Joy Rd
(313) 967-9857　　　　　　　　　　　　　　Dearborn Heights MI 48127
mieb_ecfadmin@det13.net

G:\Documentation\Approved Forms\COURT HRG FORMS\STIP ADJ CNF HRG 5.7.09.doc